JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOSE J. MARTINEZ, individually and doing business as MARTINEZ EXCAVATING; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; and DOES 1 through 5, inclusive<br><br>Defendants. | CASE NO.: CV12-09434 DDP (JEMx)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

PURSUANT TO THE STIPULATION by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION

-1-

264914.1

LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA through their attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki, and Defendant, JOSE J. MARTINEZ, also known as JOHNNY MARTINEZ, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

A.   Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA (collectively "TRUST FUNDS") and against Defendant, JOSE J. MARTINEZ, also known as JOHNNY MARTINEZ ("MARTINEZ") in the principal sum of $163,991.64 covering the period from July 1, 2008 through December 2013 ("JUDGMENT").

B.   The money judgment entered in this action is for known delinquencies incurred during periods from July 1, 2008 to December 2013.  The TRUST FUNDS and MARTINEZ stipulate that TRUST FUNDS have not completed the audit of

1 MARTINEZ'S records for the period after June 28, 2013.  Therefore, as to the period
2 after June 28, 2013, the entry of the money Judgment in this action shall not be
3 construed to be or operate as a bar and/or res judicata as to the amount of
4 delinquencies after June 28, 2013, which may be discovered by a subsequent audit
5 conducted by Plaintiff and/or by the TRUST FUNDS' representatives and/or which
6 may be disclosed through claims by employees, and in any action brought to recover
7 the subsequently disclosed delinquencies.

DATED:  March 25, 2014

_____

DEAN D. PREGERSON
United States District Judge

- 3 -

264914.1