UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE J. MARTINEZ, individually and doing business as MARTINEZ EXCAVATING; et al.,<br><br>Defendant. | CASE NO.: 2:12-cv-09434 DDP-JEM<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Judgment Debtor, JOSE J. MARTINEZ, also known as JOHNNY MARTINEZ (hereinafter referred to as "DEBTOR"), having had Judgment entered against DEBTOR on March 25, 2014.

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION

#416368.1

LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTOR has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR the Judgment is renewed.

    1.    <u>Abstracts of Judgment</u> were recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| May 21, 2014 | Los Angeles | #20140529846 |
| December 18, 2015 | Los Angeles | #20151599633 |

    2.    <u>A Judgment Lien</u> was filed with the California Secretary of State on May 20, 2020, as instrument number 20-7779489710.

    3.    <u>Interest</u> has accrued on the Judgment at 0.14%, the rate of interest established on the date Judgment was originally entered on March 25, 2014.  The interest rate is based upon "the rate equal to the coupon issue yield equivalent of the average accepted auction price for the last auction of fifty-two week United States Treasury bills" settled immediately preceding entry of judgment, as provided for by <u>28 U.S.C. § 1961</u> and <u>40 U.S.C. § 3116</u>.

The money Judgment against DEBTOR is renewed in the amount of $146,565.74 as follows:

    a.    Total Judgment………………………………… $ 163,991.64

    b.    Costs after Judgment……………….…………$          0.00

    c.    Less Credits after Judgment…………….….…… $ -18,877.56

    d.    Interest after Judgment computed from March 25, 2014 to April 8, 2021, at 0.14%

|   |   |   |   |
|---|---|---|---|
|   | accruing at $0.56 per day………………………....... | $ | 1,451.66 |
| e. | Total Renewed Judgment……………………….......$ 146,565.74 | | |

DATED: __4/15/2021__                    _____/s/ Kiri Mina_____
                                        CLERK OF THE COURT